UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN MICHAEL BALE,

    Plaintiff,

v.

MICHELLE TAYLOR,

    Defendant.

CASE NO. C12-5803 BHS-JRC

ORDER

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff may not sue his criminal defense attorney in a civil rights action because the attorney does not act under color of state law. *Polk County v. Dodson*, 454 U.S. 312, 317-18 (1981). This defect in the complaint cannot be cured by amendment. This action is dismissed with prejudice as frivolous prior to service. This dismissal counts as a strike pursuant to 28 U.S.C. 1915 (e) (2) and (g).

(3) In forma pauperis status is revoked for the purpose of appeal.

DATED this 23rd day of October, 2012.

                                            BENJAMIN H. SETTLE
                                            United States District Judge

ORDER